Ryan Ranells, Pro Se

4379 Heritage Lane

Clovis, CA, 93619

559-930-8504

FILED

NOV 1 0 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RYAN RANELLS,

         Plaintiff,

vs.

UR JADDOU IN HER OFFICIAL CAPACITY AS DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS),

U.S. CITIZENSHIP AND IMMIGRATION SERVICES;

ALEJANDRO MAYORKAS, IN HIS OFFICIAL CAPACITY AS SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY (DHS),

U.S. DEPARTMENT OF HOMELAND SECURITY;

KATHY A. BARAN, IN HER OFFICIAL CAPACITY AS THE ACTING DIRECTOR OF THE USCIS CALIFORNIA SERVICE CENTER;

         Defendants

Case No.: 1:21-cv-01638- DAD-SAB

PETITION FOR WRIT OF MANDAMUS AND COMPLAINT FOR VIOLATION OF THE ADMINSTRATIVE PROCEDURE ACT WITH PRAYER FOR INJUNCTIVE RELIEF

PETITION FOR WRIT OF MANDAMUS AND COMPLAINT FOR VIOLATION OF THE ADMINSTRATIVE PROCEDURE ACT WITH PRAYER FOR INJUNCTIVE RELIEF - 1

## INTRODUCTION

1.      Ryan Ranells ("Plaintiff") is a 25-year-old citizen petitioning for Faustina Rose Malik, a 25-year-old noncitizen from Pakistan who applied for a Petition for Alien Fiancé, a nonimmigrant visa that provides the first step towards issuance of a K-1 visa. A K-1 visa is available to the fiancé of US citizens as long as an in-person meeting has taken place within the last two years and all evidence has been documented in the visa application. In the processing of form I-129F, USCIS policies outline clear criteria for expediting an application. These include (1) severe financial loss to a company or person, provided that the need for urgent action is not the result of the petitioner's or applicant's failure to timely file the benefit request, or timely respond to any requests for additional evidence; (2) Emergencies and urgent humanitarian reasons; (3) Nonprofit organization (as designated by the Internal Revenue Service (IRS)) whose request is in furtherance of the cultural and social interests of the United States; (4) U.S. government interests (such as urgent cases for federal agencies such as the U.S. Department of Defense, U.S. Department of Labor, DHS, or other public safety or national security interests); or (5) Clear USCIS error.

2.      Plaintiff applied for a K-1 visa by submitting his form I-129F petition on September 22, 2021. Although 8 U.S.C. § 1184(c)(2)(C) mandates that United States Citizenship and Immigration Services (USCIS) "shall . . . review" a nonimmigrant petition "not later than 30 days after the date on which the application is filed," USCIS has failed to comply with this provision. To date, USCIS has not adjudicated or offered expedited review of Ms. Malik's petition, although it has been more than 30 days since its receipt. Plaintiff therefore brings this action to compel the Defendants and those acting under them to take all appropriate action to adjudicate the Plaintiff's Petition for Alien Fiancé without further delay.

3.      Upon three attempts made by Plaintiff and a Congressional representative, expedite requests for this case have been denied. Each request has documented grave danger to the life of Ms. Malik if she remains in her current location. Supporting documentation have included letters from the presidents of two 501(c)(3) organizations advocating for the immediate expediting of Ms. Malik's I-129F petition to further the cultural and social interests of the United States per expedite criteria while also outlining the humanitarian need to expedite her request in accordance with expedite criteria (Exhibit A). Supporting documentation has also included a letter from a consulting

PETITION FOR WRIT OF MANDAMUS AND COMPLAINT FOR VIOLATION OF THE ADMINSTRATIVE PROCEDURE ACT WITH PRAYER FOR INJUNCTIVE RELIEF - 2

U.S. based international security nonprofit organization, Concilium, outlining the grave risk to Ms. Malik's life arising from delayed I-129F processing (Exhibit B). Furthermore, three witnesses who are American citizens who have visited Ms. Malik's neighborhood and know the risks have also signed witness statements, which were submitted with the expedite request, for humanitarian reasons on the grounds of grave risk to Ms. Malik's life (Exhibit C). Ms. Malik's father also informed Plaintiff of the grave risk to Ms. Malik, and that he had attempted to file a police report, upon which the Pakistani Sindh police determined no action could be taken to properly protect Ms. Malik. The aforementioned police stamped a report testifying to Ms. Malik's risk and advocating for moving her as soon as possible (Exhibit D). This also was submitted with the expedite request at the guidance of the director of Constituent Services, Lindsey Smith, at Devin Nunes' office. Furthermore, a signed letter from Plaintiff stating he would need to leave his job as a registered nurse and move to Pakistan to protect Ms. Malik if expediting did not occur was also included, satisfying the severe financial losses provision in the expedite criteria (Exhibit E). However, although three criterion for expediting were met, the request was denied with no supporting evidence, leaving the life of Ms. Malik at risk with no justification.

## JURISDICTION

4.      This case arises under the Immigration and Nationality Act (INA), 8 U.S.C. § 1184 et seq., the regulations implementing the INA, and the Administrative Procedure Act (APA), 5 U.S.C. § 701 et. seq.

5.      This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and the Mandamus Act, 28 U.S.C. § 1361. The Court may grant injunctive relief pursuant 5 U.S.C. §§ 701 and 706 and 28 U.S.C. § 1361. The United States has waived its sovereign immunity pursuant to 5 U.S.C. § 702.

## VENUE

6.      Venue in this district is proper under 28 U.S.C. § 1391(e) because Defendants are officers or employees of the United States or agencies thereof acting in their official capacities, Plaintiff resides within this District, no real property is involved, and a substantial part of the events giving rise to the claims occurred in the District.

## PARTIES

7.      Plaintiff, Ryan Ranells, is a 25-year-old citizen of the United States petitioning for an I-129F for Faustina Malik, a citizen of the Islamic Republic of Pakistan. On September 22, 2021, Plaintiff submitted his petition to

PETITION FOR WRIT OF MANDAMUS AND COMPLAINT FOR VIOLATION OF THE ADMINSTRATIVE PROCEDURE ACT WITH PRAYER FOR INJUNCTIVE RELIEF - 3

USCIS, and its receipt was confirmed.

8.      Defendant, Ur Jaddou, is the Director of USCIS, an "agency" within the meaning of the Administrative Procedure Act (APA). 5 U.S.C. § 551(1). In this capacity, she oversees the adjudication of immigration benefits and establishes and implements governing policies. 6 U.S.C. § 271(a)(3), (b). She has ultimate responsibility for the adjudication of I-129F petitions and is sued in her official capacity.

9.      Defendant Alejandro Mayorkas is the Director of U.S. Department of Homeland Security (DHS), an "agency" within the meaning of the APA. 5 U.S.C. § 551(1). In this capacity, he oversees USCIS.

10.      Defendant Kathy A. Baran is the current director of the USCIS California Service Center, which is responsible for adjudicating Plaintiff's I-129F petition and expedite requests. She is sued in her official capacity.

**LEGAL BACKGROUND**

11.      Congress created the I-129F and K-1 visa as an opportunity for the fiancé of U.S. citizens to come to the United States in a timely manner for a wedding, and then to apply for a permanent resident card within the country.

12.      To begin the process of a K-1 visa, a form I-129F must be filed with the USCIS Dallas Lockbox. This is then sent to the relevant USCIS Service Center.

13.      Upon USCIS adjudication of a form I-129F, the National Visa Center then must forward the application packet to the relevant U.S. consulate for interview and final adjudication.

14.      Once adjudicated with the U.S. Department of State, the K-1 visa then must also be examined by the U.S. Customs and Border Patrol upon admission to the United States.

15.      Upon the creation of the nonimmigrant visa route in Congress, the intended time of review and adjudication was 30 days. 8 U.S.C. § 1184(c)(2)(C) mandates that United States Citizenship and Immigration Services (USCIS) "shall . . . review" a nonimmigrant petition "not later than 30 days after the date on which the application is filed."

16.      Furthermore, USCIS procedures outline a clear criterion for expedite requests when certain circumstances exist. These include (1) severe financial loss to a company or person, provided that the need for urgent action is not the result of the petitioner's or applicant's failure to timely file the benefit request, or timely respond to any requests for additional evidence; (2) Emergencies and urgent humanitarian reasons; (3) Nonprofit organization (as designated by the Internal Revenue Service (IRS)) whose request is in furtherance of the cultural and social interests of the

PETITION FOR WRIT OF MANDAMUS AND COMPLAINT FOR VIOLATION OF THE ADMINSTRATIVE PROCEDURE ACT WITH PRAYER FOR INJUNCTIVE RELIEF - 4

United States; (4) U.S. government interests (such as urgent cases for federal agencies such as the U.S. Department of Defense, U.S. Department of Labor, DHS, or other public safety or national security interests); or (5) Clear USCIS error.

17.    The Administrative Procedure Act, 5 U.S.C. § 555(b), mandates that an agency conclude matters presented to it within a reasonable time. The Act also provides the Court with authority to compel agency action unlawfully withheld or unreasonably delayed. 5 U.S.C § 706(1).

FACTS

18.    Plaintiff is a 25-year-old citizen of the United States. He is petitioning for his fiancé, Faustina Rose Malik, to receive a K-1 visa via adjudication of form I-129F by USCIS. Plaintiff and Ms. Malik met in Pakistan while engaging in a Christian church training, as documented by photographs (Exhibit F) and multiple witness statements included in the original I-129F application.

19.    The Plaintiff and his beneficiary are not currently detained, but the beneficiary, Ms. Malik, is in danger as someone engaged to a U.S. citizen and a Christian living in a poor area as a member of a persecuted religious minority. Ms. Malik provides for her family since her father is injured. She has no brothers, which also means she has no way of protecting herself. Ms. Malik meets the needs of her community by engaging in church events, and Plaintiff and herself have planned to engage in domestic medical relief work together once she arrives in the United States.

20.    Plaintiff is a registered nurse serving on multiple state, federal, and international NGO disaster relief teams. Plaintiff devoted 100-120 hours a week during the peak of the Coronavirus pandemic to serving citizens of the United States at the risk of his own life.

21.    On September 22, 2021, the plaintiff submitted form I-129F to USCIS and its receipt was confirmed. The request was immediately forwarded to the California Service Center on September 23, 2021.

22.    On September 23, 2021, a request for expediting the I-129F was placed via the USCIS contact center because of the risks to Faustina's life and the advocacy of two 501(c)(3) presidents.

23.    On October 6, 2021, the expedite request submitted was acknowledged as serious by the USCIS, but denied without reason

PETITION FOR WRIT OF MANDAMUS AND COMPLAINT FOR VIOLATION OF THE ADMINSTRATIVE PROCEDURE ACT WITH PRAYER FOR INJUNCTIVE RELIEF - 5

24. On October 6, 2021, the USCIS contact center was contacted. After 45 minutes on hold, the call was dropped by the contact center without ever being connected to a representative.

25. On October 7, 2021, the USCIS contact center was called again. A representative answered and confirmed the expedite request was denied. He stated that he was "shocked this request was denied."

26. On October 7, 2021, a congressional expedite request was submitted by the office of Rep. Devin Nunes.

27. On October 13, 2021, the congressional expedite request was denied for "insufficient evidence"

28. On October 25, 2021, a second congressional expedite request was submitted to the USCIS with evidence the congressional office stated would be appropriate to provide and deemed sufficient.

29. On November 5, 2021, the second congressional expedite request was denied without justification.

30. On November 6, 2021, the USCIS ombudsman was petitioned for help given the extraordinary risk to Ms. Malik's life.

31. On November 8, 2021, the USCIS ombudsman declined to assist over phone or email.

32. To date, the USCIS has failed to give timely adjudication of the form I-129F even though the statutory 30-day review period has passed. The Plaintiff has been awaiting a response for over 45 days with no agreement to expedite the application in accordance with USCIS policy governing expedite requests or adjudicate the petition in the timeframe set by Congress for nonimmigrant USCIS applications.

**CAUSES OF ACTION**

**Count I**

**(Violation of the Administrative Procedure Act)**

33. All the foregoing allegations are repeated and realleged as though fully set forth herein.

34. The APA, 5 U.S.C. § 555(b), mandates that an agency conclude matters presented to it within a reasonable time. The APA, 5 U.S.C. § 706(1), also provides the Court with authority to compel agency action unlawfully withheld or unreasonably delayed.

35. Defendants have unlawfully withheld agency action because they have failed to take required action by the date set by Congress. See Biodiversity Legal Found. v. Badgley, 309 F.3d 1166, 1177 & n.11 (9th Cir. 2002) (holding that "when an entity governed by the APA fails to comply with a statutorily imposed absolute deadline, it

PETITION FOR WRIT OF MANDAMUS AND COMPLAINT FOR VIOLATION OF THE ADMINSTRATIVE PROCEDURE ACT WITH PRAYER FOR INJUNCTIVE RELIEF - 6

has unlawfully withheld agency action[.]"). Because Defendants have unlawfully withheld agency action, this Court "must compel the agency to act." Id.

36.    Additionally, Defendants have unreasonably delayed adjudication of Plaintiff's petition for alien fiancé application, considering that Plaintiff's petition has been pending for over 45 days. Pursuant to 8 U.S.C. § 1184(c)(2)(C), Plaintiff has a clear right to have his petition for alien fiancé decided because he falls within the zone of interest of the statute. Defendants also have a mandatory, nondiscretionary duty to adjudicate the application. See Asmai v. Johnson, 182 F. Supp. 3d 1086, 1093-94 (E.D. Cal. 2016).

37.    The delay in Plaintiff's and Ms. Malik's case is so egregious and sensitive that this Court's intervention is needed. Unnecessary harm may come upon Ms. Malik as a result of this delay. USCIS has failed to abide by the deadline set by Congress and their own expedite criteria. Therefore, the Court need only determine whether the delay in adjudication of Plaintiff's application is reasonable. See Asmai v. Johnson, 182 F. Supp. 3d 1086, 1093-94 (E.D. Cal. 2016), (concluding that an asylee's welfare was "damaged by this unreasonable delay and the insecurity of his immigration status"). To assess whether the delay is reasonable, the Court may consider whether human health and welfare are at stake and the nature and extent of interests prejudiced by delay. Id. Here, this factor is demonstrably satisfied by Plaintiff's exhibits substantiating the significant risk posed to Ms. Malik. Further, this delay jeopardizes human safety and health and prejudices the Plaintiff's beneficiary because she is unable to plan for her future or live securely in Pakistan, waiting for USCIS to act. Finally, the Court need not find any impropriety lurking behind agency lassitude in order to hold that agency action is unreasonably delayed. See Independence Mining Co., Inc. v. Babbitt, 105 F.3d 502, 507 n. 7 (9th Cir. 1997). The motive behind USCIS' delay is irrelevant and the Court may grant Plaintiff relief even in the absence of any impropriety by USCIS.

**COUNT II**

**(Mandamus Act)**

36.    All the foregoing allegations are repeated and realleged as though fully set forth herein.

37.    The Mandamus Act, 28 U.S.C. § 1361, provides the Court with the authority to compel an officer or employee of any agency of the United States to perform a duty owed to Plaintiff.

38.    Plaintiff has a clear right to the relief requested because, as an I-129F petitioner, he falls within the zone of

PETITION FOR WRIT OF MANDAMUS AND COMPLAINT FOR VIOLATION OF THE ADMINSTRATIVE PROCEDURE ACT WITH PRAYER FOR INJUNCTIVE RELIEF - 7

interest of the I-129F statute. Defendant has a clear duty to perform the act in question—that United States Citizenship and Immigration Services (USCIS) "shall . . . review" a nonimmigrant petition "not later than 30 days after the date on which the application is filed," 8 U.S.C. § 1184(c)(2)(C). Further, no other adequate remedy is available because there is no other means for forcing USCIS to decide Plaintiff's petition and the USCIS ombudsman and Rep. Nunes have been unsuccessful. Lastly, the length of delay is unreasonable in light of the statutory deadline and the harm to Plaintiff's welfare. Accordingly, this Court's intervention is needed.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1.      Assume jurisdiction over this action;

2.      Compel Defendants to adjudicate Plaintiff's I-129F petition immediately in accordance with expedite criteria and congressional timeframe;         and

3.      Award such further relief as the Court deems necessary or proper.

Respectfully submitted,

November 10, 2021

Ryan Ranells, Pro Se

4379 Heritage Lane

Clovis CA, 93619

559-930-8504

rranells@uci.edu

PETITION FOR WRIT OF MANDAMUS AND COMPLAINT FOR VIOLATION OF THE ADMINSTRATIVE PROCEDURE ACT WITH PRAYER FOR INJUNCTIVE RELIEF - 8


**e3 PARTNERS**
*equip. evangelize. establish.*

September 27, 2021

# Exhibit A
# Part 1

USCIS California Service Center
Attn: I-129F **Request to Expedite Processing on Behalf of Nonprofit E3 Partners**
       **Petitioner:    Ryan Anthony Ranells**
       **Beneficiary:   Faustina Rose Malik**

To Whom It May Concern:

On behalf of our nonprofit E3 partners, we are writing to request that Faustina Rose Malik's visa be expedited. Faustina and Ryan are planning to do nonprofit work in partnership with us to serve refugees throughout the United States. Ryan is currently doing this already, but Faustina brings a lot of potential for refugee work to our nonprofit that can not be found in anyone else located within the states. She and Ryan are planning to move to a refugee-dense city where Ryan will use his skills as a medical provider and Faustina will bridge cultural barriers to help refugees with basic needs. They cannot do this until she arrives, and on behalf of our nonprofit we are requesting you expedite Faustina's visa. This ultimately will serve the cultural and social interests of the United States, as E3 Partners is working to help refugees adjust to the culture, have basic needs met, and receive social support. So many Afghan refugees need this now, and Faustina and Ryan together will be a unique team to allow this to happen.

In addition to this, our U.S. based nonprofit has a global presence and works with other organizations to monitor the security of Christian ministry in various areas. Pakistan is currently rated extremely high for Christian persecution, largely due to extremist presence. and Faustina's clear engagement with an American Christian worker places her at high risk. There are thousands of kidnappings per year in her province, and her link with Ryan places her at extremely high risk. Given that her and Ryan want to serve in partnership with our organization to meet cultural and social interests of U.S. citizens and refugees, we cannot turn a blind eye to this risk and are also asking you expedite her visa for this reason. Within her church network that Ryan is also apart of there was a recent kidnapping due to network affiliation. It will only take a short amount of time before another could occur. I greatly appreciate your time and consideration and ask for expedited I129-F processing on behalf of E3 Partners. Please reach out with any questions or concerns.

With gratitude,

E3 Partners

Scott Cheatham
President

# Exhibit A
# Part 2



September 27, 2021

USCIS California Service Center
Attn: I-129F **Request to Expedite Processing on Behalf of 501(c)(3) M4 Network**
   **Petitioner: Ryan Anthony Ranells**
   **Beneficiary: Faustina Rose Malik**

To Whom It May Concern:

On behalf of M4 Network, we are writing to request that Faustina Rose Malik's visa be expedited. Ryan is working in partnership with us to serve refugees throughout the United States by mobilizing and equipping a network of churches and nonprofits. Faustina brings an array of potential for refugee work to our 501(c)(3) that can not be found in anyone else located within the states. She and Ryan are planning to move to a refugee-dense city where Ryan will use his skills as a medical provider and Faustina will bridge cultural barriers to help refugees with basic needs. Ryan is currently doing medical work, but they cannot easily do this with refugees until she arrives, and on behalf of our 501(c)(3) we are requesting you expedite Faustina's visa. This ultimately will serve the cultural and social interests of the United States, as M4 network is working to help refugees adjust to the culture, have basic needs met, and receive social support by equipping a network of churches and nonprofits. So many Afghan and Asian refugees need this now, and Faustina and Ryan together will be a unique team to allow this to happen.

In addition to this, our network has a global presence and works with other organizations to monitor the security of Christian ministry in various areas. Pakistan is currently rated extremely high for Christian persecution, largely due to extremist presence, and Faustina's clear engagement with an American Christian worker places her at high risk. There are thousands of kidnappings per year in her province, and her link with Ryan places her at extremely high risk. Given that Ryan serves in partnership with our network to meet cultural and social interests of U.S. citizens and refugees, we cannot turn a blind eye to this risk and are also asking you expedite Faustina's visa for this reason. Within the church network that Ryan and Faustina are also apart of in Pakistan was a recent kidnapping due to network affiliation. It will only take a short amount of time before another could occur. Ryan also works with the nonprofit Samaritan's Purse, in addition to the U.S. Department of Health and Human Services, and this security risk for Faustina hinders Ryan from deploying properly to national and international disasters because he must monitor her security, causing personal financial burden for Ryan.

The international response work Ryan does will be greatly strengthened by Faustina's visa being expedited. Currently, Ryan remains a very hard worker but must constantly keep his phone on and mind aware at every hour, in case something happens to his fiancé and he needs to intervene. Please expedite this visa to further the work of Ryan and his future wife Faustina. They want to serve those who often are not served by those around them, refugees and immigrants. Ryan became a medical provider for this reason, and is planning to use his career entirely for nonprofit work. I greatly appreciate your time and consideration and ask for expedited I129-F processing on behalf of M4 Network. Please reach out with any questions or concerns.

Sincerely,

Founder, M4 Network
them4network@gmail.com



## CONCILIUM

# Exhibit B

**Scott Brawner** | Concilium President | (816) 210-7925 | sab@concilium.us

10/16/21

To whom it may concern,

My name is Scott Brawner and I am the president of Concilium, and the executive director of the Risk Management Network (www.RMN.group). I am a former Ranger with the First Battalion, 75th Inf. Ranger Regiment, Desert Storm Veteran, and founding private sector co-chair of the Faith Based Working Group at Overseas Security Advisory Council for the US Department of State. Currently I serve as a Senior Advisor to the OSAC Council.

I am writing this letter on behalf of Ryan Ranells to document my deep concerns for his fiancée; a Pakistani national and religious minority facing great persecution.

As an expert in safety and security for faith-based workers in Central and South Asia, and as a security professional who has worked in Pakistan in the past, I can say with credibility the risks to Evangelical Christians in Pakistan are well documented. Making this case more dangerous is the fact that this individual is a female working for an evangelical ministry in Karachi. Specifically, I understand that she has been targeted for murder by a Muslim family because of her religious affiliation and public stand for her faith. Given that her family is small (she has no brothers) and her father is disabled, the risks to this young lady increase exponentially. Compounding the already considerable threats to this person's life is the fact that she is now engaged to an American ██████████

I am requesting that the visa process for this individual be expedited and approved as quickly as possible. To do otherwise leaves her at great risk to bodily harm and death.

I am willing to provide additional analysis and perspective as desired or requested. Please do no not hesitate to contact me at your convenience.

Respectfully Submitted,

Scott Brawner
Concilium President

Concilium Inc.
P.O. Box 270410
Kansas City, MO 64127
www.concilium.us



Date: October 15, 2021

**RE: I-129F, Petition for Alien Fiancé Expedite Request**

Petitioner: ███████████████
Beneficiary: Ryan Ranells & Faustina Rose Malik
Witness Statement: ████████████████

# Exhibit C
# Part 1

To Whom It May Concern,

Over the past few years, I've frequently visited Karachi, Pakistan and visited Qayyumabad, the tightly packed neighborhood Faustina Rose Malik lives in. While I was there I watched the small Christian gathering Faustina takes part in the neighborhood, and witnessed many of the challenges she personally faces that make her at high risk with her engagement to my close friend, Ryan Ranells. She lives in a cramped two room building where her, her six sisters, and her mother and father all sleep in the same room. The building is not secure and she has no brothers to offer her any protection, which makes her security at high risk in Pakistan. Her father has a serious back injury and this is well known among the community, further decreasing her security. The family has been traumatized in the past by another family, and this remains a lingering threat to them. The Malik family currently is exposed to rape, kidnapping, robbery, and other crimes targeting Faustina due to she and Ryan's recent engagement. It is becoming well known that Faustina is engaged to Ryan and many also see her new phone, cars picking her up, and jewelry. This places her at very high risk that is unavoidable unless Faustina moves to the United States or Ryan quits his job with HHS and moves to Pakistan. Even with Ryan in Pakistan, both of them become at high risk in this community. I am a friend of Ryan and Faustina and am very concerned something bad could happen soon if Faustina does not receive her visa in an expedited manner. Faustina is very active in the Christian community, sharing her faith with others alongside Ryan, which also places her at very high risk. Extremists are abundant in Pakistan and target those involved with Americans. Furthermore, any citizen can make a claim against Faustina of blasphemy if they chose to target her or her family, which carries the death penalty by law in Pakistan. Her risk is very real and over the next several months will continue to increase. Kidnappings are abundant in Karachi and protection by authorities is almost nonexistent. Please take heed to the gravity of this statement and these words.

I certify this statement is true and accurate to the best of my knowledge, under penalty of perjury.

Sincerely,

███████████████

Signature ███████████            Date 10/14/2021

Date: October 18, 2021

**RE: I-129F, Petition for Alien Fiancé Expedite Request**

Petitioner: Ryan Anthony Ranells
Beneficiary: Faustina Rose Malik
Witness: ██████████

**Exhibit C
Part 2**

To Whom It May Concern,

I am currently residing in Pakistan and am a U.S. citizen who is friends with both Ryan Ranells and Faustina Malik. My wife is also good friends with Faustina Malik. Although I cannot suggest a clear course of action for Faustina, I want to write a letter objectively describing her risks as one who has known her for several years and knows the country well.

I visited Karachi, Pakistan when Ryan and Faustina were both there October 11-14, 2021. I visited Qayyumabad, the tightly packed, low-income neighborhood Faustina lives in. While I was there, I witnessed many of the challenges she personally faces that make her at high risk with her engagement to Ryan. Her neighborhood has no lighting, many reported thefts, and some kidnapping, rape, and serious crime consistent with the high crime rate in Karachi documented by the U.S. State Department. She lives in a two-room building where her, her six sisters, and their mother and father all sleep in the same room. The building is not secure and does not have the typical familial protection of uncles or brothers living with her. Her father also is injured. Previous threats have been made against her family that make her highly uncomfortable, and her father is genuinely concerned about her and Ryan's wellbeing with these threats. When Ryan was present, Faustina and her father did not want him to even set foot in the neighborhood given these risks. Ryan had to call secure cars from the Marriott for her, which also drew some attention. Finally, as a Christian who actively shares her faith, Faustina is at an elevated risk in Pakistan, especially being engaged to an American who is active in ███████ work in Pakistan. Objectively speaking, risks are present for Faustina's wellbeing.

Sincerely,

Signature ██████████   Date 19 Oct 2021
Signature ██████████   Date 19 Oct 2021

Date: 15 October 2021

# Exhibit D

Police Station Momna Abad

Orangi Town West

Subject: Police Investigation of Risk

Respected sir or madam,

Faustina Rose Malik, daughter of Dilar Malik, is a resident of Karachi, Pakistan in a low income, densely populated neighborhood. She lives in a two room home where nine of her family members sleep in the same room and many others outside watch her daily activity. She has no brothers and her father is injured in his back, so she has very little protection from crime. After her engagement, it has been noticed that she has been leaving her home in cars each day, has a new phone, and is wearing more expensive clothing and jewelry. In addition, there are certain people her family has said are very opposed to foreigners and her traditional culture. There has been targeted crime against her family in the past due to certain people. She is at high risk of robbery, kidnapping, rape, or other crime if she remains in her current environment. Her and her fiance have visited Orangi Town frequently and their lives are not safe here.

As the word of her engagement spreads, crime targeting her is possible. In addition, her fiance is also becoming at higher risk as he remains in the country and many notice him in this lower income area. Faustina and her fiance are also Christians, making her a possible victim of hate crime. There is high risk of serious crime targeting Faustina if she must remain in the country without her fiance for an extended period of time, and we suggest that she move as soon as possible for her safety.

Sincerely,

Police Station Momna Abad

Orangi Town West

Ryan Anthony Ranells
4379 Heritage Lane
Clovis, CA 93619

# Exhibit E

October 22, 2021

USCIS California Service Center
Attn: I-129F Expedite Request

**RE:    I-129F, Petition for Alien Fiancé(e)**
**Petitioner:    Ryan Anthony Ranells**
**Beneficiary:    Faustina Rose Malik**

To Whom It May Concern:

I recently completed a trip to visit my fiancé and her family in Karachi, Pakistan from October 4-14, 2021. During this time we celebrated her birthday together and rejoiced at all that had taken place in our relationship. Most importantly, however, I learned of a specific family that has victimized and targeted her family in the past. Her family expressed deep concern to me that this would happen again, specifically to Faustina, when her engagement became well known. During the time, I made these matters known to the local consulate and her father filed a police report to local authorities at the consulate's direction. Unfortunately, nothing can be done by local authorities to protect Faustina. She also has no brothers, which normally offer protection in her culture. Her father is injured, so it is well known among this community that her family is weak and a good target for crime. Her father and her also expressed to me that many in the community were taking note of her new jewelry, phone, and the cars picking her up each day. She lives in a poor area with high crime. Her nine family members all sleep in one cramped room, and the community can see much of how they live their lives in this densely populated, low-income neighborhood. She is a very simple girl that constantly reminds me God's angels will protect her. However, as her fiancé I must make every effort to protect her. Expediting her visa is necessary for this protection, as I am deeply concerned she will be targeted soon. Thousands of kidnappings happen each year in Karachi, and they are almost a normal occurrence. If my future wife were to have this happen to her when I could have made any effort to prevent it, I would be heartbroken. Please receive this sensitive expedite request with care, as a life truly is at risk. I will not stop seeking to expedite this case given the danger to Faustina, and can provide any needed evidence. Repeatedly the horrible scene goes through my head of Faustina's life being lost due to my neglect of proper precautions, and I must do all I can to prevent this.

Faustina is a Christian, like me, and together we share our faith in Pakistan and one day want to start a clinic to help the poor with medical care while sharing our hope that Jesus has given to us by healing us. This is not perceived well by the government there or the Taliban and other extremist groups that live in Pakistan. In the country, an extremist or upset citizen could simply

accuse Faustina of blasphemy, and this could then carry the death penalty. This happens to many Christians without basis in the country, and her engagement to an American citizen and Christian ███████ makes this even more possible.

I am also a federal employee with the U.S. Department of Health and Human Services who deploys intermittently under the USERRA provisions to national and international disasters. This job is very similar to being in the national guard and regular meetings and trainings are required, but the goal is to serve when need arises and it thus does not pay income as a full-time job. Furthermore, I work intermittently for the NGO Samaritan's Purse to provide healthcare in disasters. This NGO has a very poor reputation among extremist groups and conservative Islamic governments like that of Pakistan. Unfortunately, the government there has also gained access to Faustina's name on a previous expedite request that was faxed to the congressional office of Rep. Devin Nunes due to an error in the fax machine at the Marriott hotel in Pakistan. This links her name with my pay statement stating "Department of Defense", and well as detailing many sensitive matters of our relationship that are not protected under religious freedom in Pakistan. The fax machine at the Marriott had the option for a country code and this was entered as (1), but it was an erroneous, antiquated machine that cut off this code and faxed it to the last 10 digits entered, which happened to be a Pakistani police number that accepted the fax call. It is unknown how much information they received as I made every effort to cancel the fax, but the machine did not stop faxing the document for several minutes as the Marriott employees were not available to help.

Although this document itself is not my chief concern, the link between an American federal employee, especially with pay stubs stating "Department of Defense" that were faxed and Faustina is serious. Pakistani citizens are not protected like Americans, and some are said to simply disappear. Although I do not work for the CIA, if the government is concerned that I do and thinks Faustina is apart of this work, she could disappear and never return. Furthermore, our Christian ███████ network in Pakistan has multiple ex-pats who formerly were apart of the US Army and consultants for the Department of State. ████████████, who wrote on of the witness statements in my application packet, was apart of the US Army special forces and was threatened by a man from the Pakistani security agency that he could disappear if suspicious activity was found. Recently, the Pakistani government has denied his visa and many of the other's visas of his colleagues and is suspicious of them. Faustina is deeply connected with them as well, participating in many days of activities with them over the past three years, heightening suspicions of the Pakistani security agency.

Overall, I am hoping this request will be able to be processed and Faustina's visa will be expedited. If an expedite is not granted, I am preparing to quit my work with HHS and move to Pakistan to protect Faustina. I will then have to marry her there and apply for a green card, and all fees will be forfeited. I will not be able to earn income there as a nurse practitioner, but I do have a local church, The Well Kingsburg, who will help support me and a 501(c)(3) to fundraise through. I have arranged with an American physician at Bach Christian hospital in Pakistan to be able to practice there on a volunteer basis full-time. This is very difficult for me to do, but you need to see the gravity of my request and my contingency plan. Whether this expedite is approved or denied will have a great impact on my life, Faustina's life, and my future of service within the United States as a healthcare provider who has played a critical function serving

during the COVID-19 response. At the height of the response, I had a US Navy team seconded to me and lead them in assessing medical facilities all over southern California and providing emergency support, working directly with the director of the state EMS authority. I am not perfect in any way, but I deeply value service to those in need and to the American public. I will always value the freedoms of our country and want deeply for Faustina to be able to experience these soon. We have several 501(c)(3) organizations we were hoping to partner with to support Afghan refugees together in the states as well. Nevertheless, Faustina is truly at great risk where she currently is and there is no way to protect her besides a prompt US visa or me moving to Pakistan for several years while Faustina waits for a green card. Even if we do move there, risk will still be present to a lesser degree as Bach Christian hospital is in the town where Bin Laden was found and is suspected by the Pakistani government to have played some role in this, heightening their suspicions of us. Nevertheless, this is the best contingency plan available.

Overall, the greatest risk I perceive for Faustina is that of serious crime targeting her due to the lack of protection from her family and her known involvement with an American who has money that can be stolen. There is a known perpetrator who her family is concerned will target her as they have targeted her family in the past. A police report has been included in this request. Kidnapping for ransom, rape, or extremism is also possible. Her neighborhood is run down and upon my survey of the area has many opportunities for criminals. Faustina walks around the poorly-lit neighborhood, her family does not have a car, and phone service is often interrupted in the area hindering emergency communication. As stated before, no brothers are available to protect her, which poses her great risk. To further validate this statement, I have collected witness statements from several others who know Faustina and her circumstances well and can testify of the risks. I also have included a statement from an international organization specializing in security. Please receive this request with sensitivity as a life truly is at risk and you can hasten her protection.

I certify the above is true and accurate to the best of my knowledge, under penalty of perjury.

With gratitude,

**Ryan Ranells**

# Exhibit F




