# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RANELLS,<br><br>    Plaintiff,<br><br>    v.<br><br>UR M. JADDOU, et al.,<br><br>    Defendants. | Case No.  1:21-cv-01638-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 6)<br><br>FOURTEEN-DAY DEADLINE |

Plaintiff Ryan Ranells, proceeding *pro se*, initiated this matter on November 10, 2021 against Defendants UR M. Jaddou, the Director of U.S. Citizenship and Immigration Services (USCIS), Alejandro Mayorkas, Secretary of U.S. Department of Homeland Security, and Kathy A. Baran, Acting Director of USCIS California Service Center.  (ECF No. 1.)  The complaint alleges violations of the Administrative Procedure Act arising from the denial of Plaintiff's application to expedite processing of his K-1 fiancée visa petition and seeks expedited adjudication of the application.  (Id.)  On December 16, 2021, executed summonses were filed; the deadline for Defendants to file a response to the complaint is January 21, 2022.  (See ECF No. 5.)

On January 18, 2022, Defendants filed the instant motion for a five-month extension of time to file an answer to the complaint.  (ECF No. 6.)  Defendants proffer that Plaintiff filed the fiancée visa petition at issue in this case approximately four months ago; that the average

1 processing time for a fiancée visa petition is seven to nine and a half months; and that it is therefore
2 likely USCIS will complete adjudication of Plaintiff's petition within the remaining five months
3 of the typical adjudications period, thus rendering the complaint moot. (ECF No. 6 at 1–2; Decl.
4 Sec. Chief of Cal. Service Cntr. of USCIS, ECF No. 6-1.) The motion does not set a hearing date,
5 nor do Defendants indicate whether they attempted to meet and confer with Plaintiff regarding the
6 requested extension.

7 The Local Rules of the Eastern District of California provide that a party having no
8 opposition to the granting of a motion shall file a statement of non-opposition. E.D. Cal. L.R.
9 230(c). The Court shall require Plaintiff to either file an opposition to the motion for an extension
10 of time or file a statement of non-opposition. If there is no opposition, the parties may stipulate to
11 the requested extension of time.

12 Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff shall file an opposition
13 or a statement of non-opposition to Defendants' motion for a five-month extension of time **within**
14 **fourteen (14) days** of the date of entry of this order. If Plaintiff opposes the motion, Defendants
15 shall file a reply **within seven (7) days** of the opposition.

IT IS SO ORDERED.

Dated:   **January 19, 2022**

UNITED STATES MAGISTRATE JUDGE

2