# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN RANELLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UR M. JADDOU, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01638-DAD-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 12) |

Plaintiff Ryan Ranells, proceeding *pro se*, initiated this matter against Defendants UR M. Jaddou, the Director of U.S. Citizenship and Immigration Services (USCIS), Alejandro Mayorkas, Secretary of U.S. Department of Homeland Security, and Kathy A. Baran, Acting Director of USCIS California Service Center on November 10, 2021, alleging violations of the Administrative Procedure Act arising from the denial of Plaintiff's application to expedite processing of his K-1 fiancée visa petition and seeking expedited adjudication of the application. (ECF No. 1.) On February 4, 2022, the Court granted Defendants' motion for an extension of time to respond to the complaint, on the basis that, based on the average processing time for a fiancée visa petition, the USCIS would likely complete adjudication of Plaintiff's petition within the typical adjudication period and render the instant complaint moot. (ECF No. 11.) Defendants' deadline to respond to the complaint was continued to June 20, 2022. As of the date of the instant order, Defendants have not answered the complaint, as no answer is yet due.

On June 2, 2022, Plaintiff filed a "motion for dismissal," consisting of a single sentence in which Plaintiff seeks to dismiss this action and thanks Defendants "for your work on this case

1 and your service to the U.S. [G]overnment." (ECF No. 12.)  The Court construes Plaintiff's
2 filing as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41.

3      In light of the notice of dismissal, this action has been terminated, Fed. R. Civ. P.
4 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been
5 dismissed with prejudice.

6      Accordingly, the Clerk of the Court is HEREBY DIRECTED to close the case and adjust
7 the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **June 6, 2022**

UNITED STATES MAGISTRATE JUDGE